# EXHIBIT B

       **Registration #:** \*-APPLICATION-\*
     **Service Request #:** 1-4992310331

## Mail Certificate

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

      **Priority:** Routine    **Application Date:** April 27, 2017

## Correspondent

       **Name:** Richard Liebowitz
       **Email:** rl@liebowitzlawfirm.com
     **Telephone:** (516)233-1660
      **Address:** 11 Sunrise Plaza
           Suite 305
           Valley Stream, NY 11580 United States

Registration Number
# *-APPLICATION-*

## Title

**Title of Work:** Group Registration of Published Photographs - Roy Renna; 2016 Photos; all published 1/10/16-9/5/16; 57 Photos

**Content Title:**
Renna, Suspects 1, 1.10.2016.jpg
Renna, Suspects 2, 1.10.2016.jpg
Renna, Suspects 3, 1.10.2016.jpg; 1/10/16

Renna, Snow Storm, 1.25.2016. 1.jpg
Renna, Snow Storm, 1.25.2016. 2.jpg
Renna, Snow Storm, 1.25.2016. 3.jpg
Renna, Snow Storm, 1.25.2016. 4.jpg; 1/25/16

Renna, Suhag Wine & Liquor 2, 3_18_2016.jpg
Renna, Suhag Wine & Liquor, 3_18_2016.jpg
Renna, Hindu convenience, 3_18_2016.jpg; 3/18/16

Renna, Queens Dry Cleaners Fire 1, 4_3_2016.jpg
Renna, Queens Dry Cleaners Fire 2, 4_3_2016.jpg
Renna, Queens Dry Cleaners Fire 3, 4_3_2016.jpg; 4/3/16

Renna, Tony Bees 1, 5_19_2016.jpg
Renna, Tony Bees 2, 5_19_2016.jpg
Renna, Tony Bees 3, 5_19_2016.jpg
Renna, Tony Bees 4, 5_19_2016.jpg
Renna, Tony Bees 5, 5_19_2016.jpg
Renna, Tony Bees 6, 5_19_2016.jpg; 5/19/16

Renna, Cop, 5_23_2016.JPG
Renna, Worker Shot, 5_23_2016.jpg; 5/23/16

Renna, 5-year-old Hasidic Boy Dies 1, 6_1_2016.jpg
Renna, 5-year-old Hasidic Boy Dies 10, 6_1_2016.jpg
Renna, 5-year-old Hasidic Boy Dies 2, 6_1_2016.jpg
Renna, 5-year-old Hasidic Boy Dies 3, 6_1_2016.jpg
Renna, 5-year-old Hasidic Boy Dies 4, 6_1_2016.jpg
Renna, 5-year-old Hasidic Boy Dies 5, 6_1_2016.jpg
Renna, 5-year-old Hasidic Boy Dies 6, 6_1_2016.jpg
Renna, 5-year-old Hasidic Boy Dies 7, 6_1_2016.jpg
Renna, 5-year-old Hasidic Boy Dies 8, 6_1_2016.jpg
Renna, 5-year-old Hasidic Boy Dies 9, 6_1_2016.jpg
Renna, 5th-story Porch, 6_1_2016.jpg; 6/1/16

Renna, NYPD car, 8_1_2016.jpg

Renna, Maspeth Resident, 8_12_2016.jpg
Renna, Protesters 2, 8_12_2016.jpg
Renna, Protesters 3, 8_12_2016.jpg
Renna, Protesters, 8_12_2016.jpg
Renna,NYPD car, 8_12_2016.jpg; 8/12/16

Renna, Maspeth Residents Protest 1, 8_13_2016.jpeg
Renna, Maspeth Residents Protest 2, 8_13_2016.jpeg
Renna, Maspeth Residents Protest 3, 8_13_2016.jpeg
Renna, Maspeth Residents Protest 4, 8_13_2016.jpeg
Renna, Maspeth Residents Protest 5, 8_13_2016.jpeg
Renna, Maspeth Residents Protest 6, 8_13_2016.jpeg
Renna, Maspeth Residents Protest 7, 8_13_2016.jpeg
Renna, Maspeth Residents Protest 8, 8_13_2016.jpeg; 8/13/16

Renna, police officer, 8_18_2016.jpg
Renna, Emergency personnel, 8_18_2016.jpg
Renna, victim, 8_18_2016.jpg; 8/18/16

Renna, Rockaway Beach Surfers 2, 9_5_2016.jpeg
Renna, Rockaway Beach Surfers 3, 9_5_2016.jpeg
Renna, Rockaway Beach Surfers 4, 9_5_2016.jpeg
Renna, Rockaway Beach Surfers 5, 9_5_2016.jpeg
Renna, Rockaway Beach Surfers 6, 9_5_2016.jpeg
Renna, Rockaway Beach Surfers 7, 9_5_2016.jpeg
Renna, Rockaway Beach Surfers 8, 9_5_2016.jpg
Renna, Rockaway Beach Surfers, 9_5_2016.jpeg; 9/5/16

## Completion/Publication

Year of Completion: 2016
Date of 1st Publication: January 10, 2016
Nation of 1st Publication: United States

## Author

- Author: Roy Renna
Author Created: photograph
Work made for hire: No
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Roy Renna
69-04 58th Road, Maspeth, NY, 11378, United States

## Certification

Name: Richard Liebowitz
Date: April 27, 2017