# EXHIBIT C

# Middle Village Blog

Home    About Us    Local News    Submit a Local Opinion    Town History

## FDNY EMS Ambulance hit by alleged drunk driver

January 11, 2016    admin

According to BMR, FDNY EMS units were on scene of a person in cardiac arrest near Eliot Avenue & 68th Street last night, when a white mini van struck the ambulance head on.

The driver, who was suspected to be intoxicated, attempted to run away with his passenger.

### Subscribe via Email

Get Middle Village Updates

Subscribe

Subscribe to the Queens

# Middle Village Blog

Home   About Us   Local News   Submit a Local Opinion   Town History

According to BMR, FDNY EMS units were on scene of a person in cardiac arrest near Eliot Avenue & 65th Street last night, when a white mini van struck the ambulance head on.

The driver, who was suspected to be intoxicated, attempted to run away with his passenger.

The ALS Unit & EMS units were able to hold the suspects at the scene.



The EMT sustained non life threatening injuries and was being evaluated at the scene and later transported to an area hospital.

The 2 suspects who were in the vehicle that attempted to run away was taken into police custody and transported to Elmhurst Hospital with non life threatening injuries as well.

NYPD Highway Patrol was requested to respond to the hospital to test the driver for possible intoxication.

Kudos to the 104th Pct for a quick response and the area EMS units responding to the aid of a fellow EMT.



More pictures, courtesy of BMR Breaking News, here.

## Subscribe to the Queens Morning Buzz, a short, to-the-point news update in your inbox every weekday at 8 a.m.

* indicates required

Email Address *

First Name

Last Name

Email Format
- html
- text

Subscribe

Search...
Search

# Middle Village Blog

Home    About Us    Local News    Submit a Local Opinion    Town History

Search

Search...

Health    1 Comment

## One thought on "FDNY EMS Ambulance hit by alleged drunk driver"

Pingback: Morning Buzz: Parks rejects 3-day music fest in Queens, Man kills girlfriend's dog over argument at Queens Daily News Ticker

### Leave a Reply

Enter your comment here...

← Middle Village man charged with attempted rape

'Billions,' partially filmed in MidVille, premieres →