UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROY RENNA,

                      Plaintiffs,

- against -

QUEENS LEDGER/GREENPOINT STAR INC.

                      Defendant.

2:17-cv-3378-LDW-SIL

## **REQUEST FOR ENTRY OF DEFAULT**

Plaintiff, ROY RENNA ("Plaintiff"), respectfully request that the Clerk of the Court enter the default of the Defendant, QUEENS LEDGER/GREENPOINT STAR INC. pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend, as more particularly set forth in the annexed affidavit of Richard P. Liebowitz, Esq. (A Clerk's Certificate is enclosed herewith).

Date: August 22, 2017
      Valley Stream, New York

LIEBOWITZ LAW FIRM, PLLC

/s/Richard Liebowitz
Richard P. Liebowitz, Esq.
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11530
Tele: 516-233-1660
RL@LiebowitzLawFirm.com