UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROY RENNA

                      Plaintiff,

- against -

QUEENS LEDGER/GREENPOINT STAR INC.

                      Defendant.

2:17-cv-3378-LDW-SIL

## **AFFIDAVIT IN SUPPORT OF CERTIFICATE OF DEFAULT**

STATE OF NEW YORK   )
                              ) SS:
COUNTY OF NASSAU   )

RICHARD P. LIEBOWITZ, being duly sworn, deposes and says:

1. I am member of the Bar of this Court and am the attorney for the plaintiff, ROY RENNA ("Plaintiff") in the above-captioned action. I am fully familiar with the facts and circumstances set forth in this affidavit.

2. I submit this affidavit in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, in support of Plaintiff's application for a certificate of default against defendant, QUEENS LEDGER/GREENPOINT STAR INC. (hereinafter the "Defaulting Defendant").

3. This action seeking damages against the Defaulting Defendant arising from the Defaulting Defendant's unauthorized use of Plaintiff's photographs on their website, which is an infringement of Plaintiff's copyright in violation of 17 U.S.C. § 501 et seq.

4. Jurisdiction over the subject matter of this action is based upon 28 U.S.C. §1338(a) and 28 U.S.C. § 1331.

5. This Court has personal jurisdiction over the Defaulting Defendant because it is registered to do business in New York and maintains its principal place of business in Queens County.

6. This Complaint in this action was filed on May 6, 2017 (See Docket Entry No. 1.) A true and correct copy of the Summons, Civil Cover Sheet, and Complaint were served upon the Defaulting Defendant through the New York Secretary of State on June 22, 2017. (See Docket No. 6) making a response due on July 22, 2017.
7. On August 22, 2017, Proof of Service was filed with the Court (Id.).
8. However, to date, Defaulting Defendant has not answered or otherwise responded to Plaintiff's Complaint and that time for Defaulting Defendant to do so has expired.
9. The action seeks judgment against Defaulting Defendant for actual damages.

LIEBOWITZ LAW FIRM, PLLC

/s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tele: 516-233-1660
RL@LiebowitzLawFirm.com