UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROY RENNA

                    Plaintiff,

- against -

QUEENS LEDGER/GREENPOINT STAR INC.

                    Defendant.

2:17-cv-3378-LDW-SIL

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant QUEENS LEDGER/GREENPOINT STAR INC. has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant QUEENS LEDGER/GREENPOINT STAR INC. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:        New York, 2017

                              DOUGLAS C. PALMER, Clerk of Court

                          By: _____ Deputy Clerk