<u>BY ECF</u>                                                                                                                      March 27, 2018

**Honorable Leonard D. Wexler, U.S.D.J.**
**United States District Court for the Eastern District of New York**
**944 Federal Plaza**
**Central Islip, NY 11772**


Re:   *Renna v. Queens Ledger/ Greenpoint Star Inc.*
      *Docket No. 2:17-cv-3378 (LDW)(SIL)*

Dear Judge Wexler,

  We represent Plaintiff Roy Renna ("Renna") in the above referenced litigation.  Pursuant to Your Honor's March 26, 2018 Status Report Order Plaintiff respectfully submits this letter.

  On January 5, 2018 Renna caused a motion for default and a copy of an electronic order issued on December 11, 2017 to be delivered to the process server.  See Ex. A.  According to the affidavit of service provided by the process server, the Defendant was served on January 8, 2018 through the New York Secretary of State.   The motion papers included a Notice of Motion for Default Judgment, Proposed Order for Default Judgment, Copies of all pleadings, Clerk's Certificate of Default and an Order, dated December 11, 2017.   See Ex. B.

  The Defendant did not respond to the motion by either the January 19, 2018 deadline nor at anytime after the deadline had passed.

  Albeit belatedly, Renna kindly requests leave to file the motion papers on ECF.

  We thank the Court for its consideration of this request.


                    Respectfully Submitted,

                    <u>/s/Richard P. Liebowitz</u>
                    Richard P. Liebowitz
                    Yekaterina Tsyvkin
                    Liebowitz Law Firm, PLLC
                    11 Sunrise Plaza, Suite 305
                    Valley Stream, NY 11580
                    (516) 233-1660
                    RL@LiebowitzLawFirm.com
                    kt@liebowitzlawfirm.com

*Attorneys for Plaintiff Roy Renna*