# EXHIBIT A

 Kate Tsyvkin <katetsyvkin@gmail.com>

## Service of Process Request Renna v. Queens Ledger

**Kate Tsyvkin** <kt@liebowitzlawfirm.com>  Fri, Jan 5, 2018 at 11:38 PM
To: Jeffrey Teitel <JTeitel@lawyerservicebureau.com>
Cc: Richard Liebowitz <rl@liebowitzlawfirm.com>

Hello Mr. Teitel,

Please find attached a cover letter requesting prompt service of process of the enclosed materials.   Please let me know if you have difficulties accessing the materials.  Thank you for your immediate attention to this request.

Regards,
Kate Tsyvkin

--
Kate Tsyvkin, Esq.
Liebowitz Law Firm, PLLC
516-233-1660
KT@LiebowitzLawFirm.com

******************************************************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
******************************************************************************************************

**9 attachments**

- RennaQueensCover Letter (Service of Process).docx
  15K
- RennaQueensNoM.pdf
  13K
- Rennaqueenspropdefjudgex.pdf
  120K
- RennaQueenscert.pdf
  70K
- rennaqueensorder.pdf
  105K
- rennaqueensccompl.pdf
  118K
- rennaqueensexA.pdf
  810K
- rennaqueensexB.pdf
  102K
- rennaqueensexc.pdf
  1808K



Kate Tsyvkin <katetsyvkin@gmail.com>

## Service of Process Request Renna v. Queens Ledger

**Jeff Teitel** <jteitel@lawyerservicebureau.com>  Sat, Jan 6, 2018 at 9:45 AM
To: Kate Tsyvkin <kt@liebowitzlawfirm.com>

I will take care of it.

Thank you

Sent from my iPhone
[Quoted text hidden]

    <RennaQueensCover Letter (Service of Process).docx>

    <RennaQueensNoM.pdf>

    <Rennaqueenspropdefjudgex.pdf>

    <RennaQueenscert.pdf>

    <rennaqueensorder.pdf>

    <rennaqueensccompl.pdf>

    <rennaqueensexA.pdf>

    <rennaqueensexB.pdf>

    <rennaqueensexc.pdf>