# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROY RENNA,

                Plaintiff,

Civil Action No. 2:17-cv-3378(LDW)(SIL)

-against-

AFFIDAVIT OF SERVICE

QUEENS LEDGER/GREENPOINT STAR INC.,

                Defendant.

State of New York)
            SS.:
County of Albany)

Jeffrey Teitel, being duly sworn, deposes and says that deponent is over the age of eighteen years, is employed by the attorney service, TEITEL SERVICE BUREAU INC., and is not a party to this action.

That on the 8th day of January 2018 at the office of the Secretary of State of New York in the City of Albany he served the Notice of Motion for Default Judgment, Proposed Order for Default Judgment, Copies of All pleadings, Clerks Certificate of Default and Order Dated December 11, 2017 on **QUEENS LEDGER/GREENPOINT STAR INC.** by delivering and leaving with Sue Louky, a clerk in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, Deponent paid said Secretary of State a fee of $40.00 Dollars. That said service was pursuant to section 306 of the Business Corporation Law.

Deponent further states that he knew the person so served as foresaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| __ Male | ✓ White | __ Light | __ 20-30 | __ 5'-5'5" | ✓ 100-150 |
| ✓ Female | __ Black | ✓ Medium | __ 31-40 | ✓ 5'6"-6' | __ 151-200 |
| | __ Other | __ Dark | __ 41-50 | __ 6'1"-6'5" | __ 200-250 |
| | | | __ 51-60 | __ 6'6"+ | __ 250+ |
| | | | ✓ 61-70 | | |

Sworn to before me this 8th day of January, 2018

_Hilary Teitel_
Hilary Teitel
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires September 11, 2021

_Jeffrey Teitel_
Jeffrey Teitel