**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
: 
ROY RENNA, :
:
              *Plaintiff*, : No. 2:17-cv-3378(LDW)(SIL)
:
: ECF Case
vs. :
:**NOTICE OF MOTION FOR**
:**DEFAULT JUDGMENT**
:
QUEENS LEDGER/GREENPOINT STAR INC., :
:
              *Defendant.* :
------------------------------------------------------------x

## NOTICE OF MOTION

Pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b) Plaintiff Roy Renna hereby moves the Court for default judgment against Defendant Queens Ledger/Greenpoint Star Inc. In furtherance of this motion for default judgment in accordance to 17 U.S.C. §501, et seq., Plaintiff requests (1) actual damages in the amount of $30,000 for copyright infringement.

Pursuant to the Local Rules, this motion is supported by a proposed default judgment order, copy of the complaint, and a copy of Certificate of Default from the Clerk of Court.

Dated: Valley Stream, New York              LIEBOWITZ LAW FIRM, PLLC
       January 5, 2018

                                                  By:   /s/Yekaterina Tsyvkin

                                                          Yekaterina Tsyvkin

                                                 Richard P. Liebowitz
                                                 Liebowitz Law Firm PLLC
                                                 11 Sunrise Plaza, Suite 305
                                                 Valley Stream, NY 11580
                                                 Tel: (516) 233-1660
                                                 RL@LiebowitzLawFirm.com

                                                 *Attorneys for Plaintiff Roy Renna*