**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| ROY RENNA, | : |
| | : |
| *Plaintiff*, | : No. 2:17-cv-3378(LDW)(SIL) |
| | : |
| | : ECF Case |
| vs. | : |
| | :**PROPOSED ORDER FOR** |
| | :**DEFAULT  JUDGMENT** |
| | : |
| QUEENS LEDGER/GREENPOINT STAR INC., | : |
| | : |
| *Defendant.* | : |

-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LEONARD D. WEXLER, United States District Judge:

Plaintiff filed the Complaint in this action on June 6, 2017. On June 22, 2017, the Defendant was served a Summons, Civil Cover Sheet and Complaint through the New York Secretary of State.  Pursuant to Fed. R. Civ. P. 12 an answer or a response was due on July 13, 2017.  On September 6, 2017 the Plaintiff's request for a Certificate of Default from the Court Clerk was granted.  On January 5, 2018 Plaintiff followed by a Motion for Default Judgment.  The Defendant, having failed to timely appear and defend itself against the allegations contained in the Complaint is hereby:

ORDERED that Plaintiff's Motion for Default Judgment is GRANTED; it is

FURTHER ORDERED that the Defendant violated Section 501 et al of the Copyright Act; it is

FURTHER ORDERED that Defendant shall pay $30,000 in civil penalties for copyright infringement; and it is

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court.

SO ORDERED.

Dated:         January_____, 2018
              New York, NY

                                              _____

                                              Leonard D. Wexler
                                              United States District Judge