UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROY RENNA        Plaintiff, <br><br> - against - <br><br> QUEENS LEDGER/GREENPOINT STAR INC. <br><br>        Defendant. | 2:17-cv-3378-LDW-SIL |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant QUEENS LEDGER/GREENPOINT STAR INC. has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant QUEENS LEDGER/GREENPOINT STAR INC. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:    Central Islip, New York
           September 6, 2017

                             DOUGLAS C. PALMER, Clerk of Court

                             By: _____/s/ James J. Toritto_____ Deputy Clerk