# EXHIBIT A

Case 2:17-cv-03379-DRH-SIL   Document 131   Filed 06/06/17   Page 2 of 4 PageID #:



Case 2:17-cv-03378-DRH-SIL   Document 131   Filed 06/06/17   Page 3 of 4 PageID #:



Case 2:17-cv-03373-DRH-SIL   Document 131-1   Filed 06/06/17   Page 4 of 4 PageID #: 64

