

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

December 4, 2018

**VIA ECF**

Honorable Steven I. Locke
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Renna v. Queens Ledger/Greenpoint Star Inc.,* 2:17-cv-03378 (DRH-SIL))

Dear Judge Locke:

 We represent Plaintiff Roy Renna ("Plaintiff") in the above-captioned case. We write to respectfully inquire as to the status of Plaintiff's motion for default judgment against Defendant Queens Ledger, filed on March 27, 2018 [ECF Docket ("Dkt.") #13 (the "Motion")].

 By way of background, by order dated April 6, 2018, Judge Hurley referred the Motion to Your Honor to issue a Report & Recommendation. Plaintiff has not submitted any further supplementation to the initial application. Defendant failed to appear or otherwise defend the action.

 Thank you for your consideration.

Respectfully Submitted,

**/richardpliebowitz/**
Richard P. Liebowitz

*Counsel for Plaintiff Roy Renna*