**CERTIFICATE OF SERVICE**

   The undersigned, an attorney, certifies that a true and correct copy of the Court's Report and Recommendations [Dkt. # 15] have been served via certified mail on Queens Ledger/Greenpoint Star Inc. on February 13, 2019.

Dated: February 13, 2019

                By: /s/Richard Liebowitz
                   Richard Liebowitz
                   Liebowitz Law Firm PLLC
                   RL@liebowitzlawfirm.com