UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROY RENNA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>- against –<br><br>QUEENS LEDGER/GREENPOINT STAR INC.<br><br>　　　　　　　　　　　Defendant. | 2:17-cv-03378 (DRH-SL)<br><br>ECF Case<br><br>**DECLARATION OF ROY RENNA** |

**ROY RENNA**, under the penalty of perjury, declares:

1. I am over the age of 18 years old and the plaintiff in this action.

2. I am competent to submit this declaration in support of my motion for default judgment against Queens Ledger/Greenpoint Star Inc.

3. Attached as <u>Exhibit A</u> are true and correct copies of my licensing fee invoices for the period 2014-2017 which show the rates I personally negotiated for use of my photographs.

Dated: New York, New York
Executed this 27th Day of February, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　__s/royrenna/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ROY RENNA