# EXHIBIT A

# *ROY RENNA*  # **INVOICE**

*D/B/A BMR Breaking News*
PO BOX 790283
Middle Village, NY 11379
Office: (718) 289-4109
RoyRenna@BMRBreakingNews.com
www.bmrbreakingnews.com
www.facebook.com/bmrbreakingnews
Vendor ID # 1000408546

**Bill To:**
ABC News
Attn: Veronica Roses
7 West 66th Street, 6th Flr
New York, NY 10023
Veronica.R.Roses@abc.com



**DATE:** April 26, 2015
**INVOICE #** 2014-0033
**FOR:** *Video*

BMR now accepts all major credit cards for payment through our website via Pay-Pal

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| ABCN-RR | Battery Park Coyote running around the street of lower Manhattan | $1,500.00 |
| | If you have any questions or concerns please do not hesitate to contact our office. | |
| | **TOTAL** | $ 1,500.00 |

**THANK YOU FOR YOUR BUSINESS!**

**Please make all checks payable to Roy Renna.**

**Our goal at BMR Breaking News is to keep the local media notified.
Why spend more when you can choose BMR.**

# *ROY RENNA*  # INVOICE

*D/B/A BMR Breaking News*
PO BOX 790283
Middle Village, New York 11379
Office: (917) 304-8791
RoyRenna@BMRBreakingNews.com
www.bmrbreakingnews.com
www.facebook.com/bmrbreakingnews



**DATE:** May 19, 2015
**INVOICE #** 2015-9002
**FOR:** *VIDEO*

**Bill To:**
CBS NATIONAL
524 West 57th Street
New York, NY 10019

BMR now accepts all major credit cards for payment through our website via Pay-Pal

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| CBS NATIONAL-RR | 40,000 Bees in Queens Bedroom | $1,500.00 |

If you have any questions or concerns please do not hesitate to contact our office.

| | TOTAL | $ | 1,500.00 |
|---|---|---|---|

**THANK YOU FOR YOUR BUSINESS!**

**Please make all checks payable to Roy Renna.**

**Our goal at BMR Breaking News is to keep the local media notified.
Why spend more when you can choose BMR.**

# *ROY RENNA*     INVOICE

*D/B/A BMR Breaking News*
PO BOX 790283
Middle Village, NY 11379
Office: (718) 289-4109
RoyRenna@BMRBreakingNews.com
www.bmrbreakingnews.com
www.facebook.com/bmrbreakingnews



**DATE:** October 23, 2014
**INVOICE #** 2014-0102
**FOR:** *NYC EBOLA*

**Bill To:**
Cable News Network (CNN)
Attn: Lynn Lamanivong-Eng
Rights & Clearances Manager

BMR now accepts all major credit cards for payment through our website via Pay-Pal

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| CNN-RR | NYC Ebola Case video | $1,500.00 |
| If you have any questions or concerns please do not hesitate to contact our office. | | |
| | TOTAL | $ 1,500.00 |

**THANK YOU FOR YOUR BUSINESS!**

**Please make all checks payable to Roy Renna.**

**Our goal at BMR Breaking News is to keep the local media notified.
Why spend more when you can choose BMR.**

# Roy Renna d/b/a BMR Breaking News

# INVOICE

*"Keeping Local Media Notified"*
PO BOX 790283
Middle Village, NY 11379
Office: (917) 304-8791
NewsDesk@BMRBreakingNews.com
www.bmrbreakingnews.com
www.facebook.com/bmrbreakingnews



**DATE:** March 17, 2017
**INVOICE #** 2017-0011
**FOR:** *Images & Video*

**Bill To:**

Mail Online
Sam Mitchell
51 Astor Place, 9th Flr
New York, NY 10003

BMR now accepts all major credit cards for payment through our website via Pay-Pal

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| | FDNY EMT BODY BEING BROUGHT INTO OCME. MEMBERS SALUTE HER. | $1,500.00 |
| | Roy Renna | |
| | D/B/A BMR Breaking News | |
| | PO Box 790283 | |
| | Middle Village, NY 11379 | |
| | If you have any questions or concerns please do not hesitate to contact our office. | |
| | **TOTAL** | $1,500.00 |

**THANK YOU FOR YOUR BUSINESS!**

**Please make all checks payable to Roy Renna.**

**Our goal at BMR Breaking News is to keep the local media notified.
Why spend more when you can choose BMR.**

# Roy Renna



**INVOICE**

*D/B/A BMR Breaking News*
PO BOX 790283
Middle Village, NY 11379
Roy Renna 917-304-8791
NewsDesk@BMRBreakingNews.com
www.bmrbreakingnews.com

**Bill To:**
New York Daily News
Photo Invoice
4 New York Plaza 7th Floor
New York, NY 10004
Photoinvoice@nydailynews.com



| | |
|---|---|
| **DATE:** | March 16, 2017 |
| **INVOICE #** | 2017-0010 |
| **FOR:** | *photos & stils* |

\*\*BMR accepts all major credit card through PayPal. Access our website for more information\*\*

| DESCRIPTION | AMOUNT |
|---|---|
| FDNY EMT BODY BEING BROUGHT INTO OCME, MEMBERS SALUTE HER | $1,500.00 |
| If you have any questions or concerns please do not hesitate to contact our office. | |
| TOTAL | $ 1,500.00 |

**THANK YOU FOR YOUR BUSINESS!**

**Please make all checks payable to Roy Renna.**

**Our goal at BMR Breaking News is to keep the local media notified.
Why spend more when you can choose BMR.**

# *ROY RENNA*                                                                    <span style="color:red">**INVOICE**</span>

*D/B/A BMR Breaking News*
PO BOX 790283
Middle Village, NY 11379
Office: (718) 289-4109
RoyRenna@BMRBreakingNews.com
www.bmrbreakingnews.com
www.facebook.com/bmrbreakingnews



**DATE:** November 27, 2016
**INVOICE #** 2016-0018
**FOR:** *Video*

**Bill To:**
WNYW FOX LOCAL NY
205 East 67th Street
Manhattan, NY 10065
Attn: Peter Facini

BMR now accepts all major credit cards for payment through our website via Pay-Pal

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| WNYW-RR | HAWK RESCUED IN LOWER MANHATTAN, AIRED 10PM NEWS | $1,000.00 |
| If you have any questions or concerns please do not hesitate to contact our office. | | |
| | **TOTAL** | $ 1,000.00 |

**THANK YOU FOR YOUR BUSINESS!**

**Please make all checks payable to Roy Renna.**

**Our goal at BMR Breaking News is to keep the local media notified.
Why spend more when you can choose BMR.**