## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the Court's Report and Recommendation, dated October 2, 2019, was served via U.S. overnight mail upon the defendant at the following address:

Queens Ledger/Greenpoint Star Inc.
69-60 Grand Avenue,
Maspeth, New York 11378

                                                **/s/richardliebowitz/**
                                                **Richard Liebowitz**