UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROY RENNA,
                Plaintiff,

  -against-

QUEENS LEDGER/GREENPOINT STAR, INC.

                Defendant.
---------------------------------------------------------------X

**ORDER ADOPTING REPORT and RECOMMENDATION**
Civil Action No. 17-3378 (DRH)(SIL)

**HURLEY, Senior District Judge:**

    Presently before the Court is the Report and Recommendation of Magistrate Judge Steven I. Locke, dated October 2, 2019, recommending that Plaintiff's motion for damages be granted in part and denied in part and that Renna be awarded $1,500.00 in actual damages and $480 in fees and costs for a total award of $1,980.00. More than fourteen (14) days have passed since service of the Report and Recommendation and no objections have been filed.

    Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72 and in accordance with the standard of review when no objections have been filed, this Court has reviewed the Report and Recommendation for clear error and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the October 2, 2019 Report and Recommendation of Judge Locke as if set forth herein. Accordingly,

    **IT IS HEREBY ORDERED THAT** plaintiff's motion is granted to the extent that he is awarded $1,500.00 in actual damages and $480.00 in costs for a total award of $1,980.00 against defendant. The Clerk of Court is directed to enter judgment accordingly and to close this case.

Dated: Central Islip, New York
      October 24, 2019

                                        /s/ Denis R. Hurley
                                        Denis R. Hurley
                                        United States District Judge